**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**RICHARD WORRELL and ALICE
WORRELL,**

      **Plaintiffs,**

**v.**                                **Case No: 8:16-cv-02790-MSS-TBM**

**NAVIENT SOLUTIONS, INC. d/b/a/
SALLIE MAE, INC. and SLM
CORPORATION d/b/a/ SALLIE MAE
BANK,**

      **Defendants.**

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

On December 14, 2016, the Parties filed a Joint Stipulation of Dismissal with Prejudice as to Defendant, Navient Solutions, Inc. d/b/a/ Sallie Mae, Inc. (Dkt. 22) In the Joint Stipulation, the Parties advise the Court that they stipulate to dismiss with prejudice all claims against Navient Solutions Inc., which include Count I and Count II of the Amended Complaint (Dkt. 21). (Id.)

Upon consideration of the Parties' Joint Stipulation of Dismissal with Prejudice as to Defendant Navient Solutions, Inc. d/b/a/ Sallie Mae, Inc. (Dkt. 22), and pursuant to Fed. R. Civ. P. 41, it is hereby **ORDERED** that Defendant Navient Solutions, Inc. d/b/a/ Sallie Mae, Inc., as well as the corresponding claims against it, i.e. Counts I and II of Plaintiffs' Amended Complaint, are **DISMISSED WITH PREJUDICE**.  Each party shall bear its own

attorneys' fees and costs associated with this matter.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of December, 2016.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Person