IN THE UNITED STATES DISTRICT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD WORRELL and
ALICE WORRELL,

   Plaintiff,

-vs-                                           CASE NO.:  8:16-CV-2790-T-35TBM

NAVIENT SOLUTIONS, INC.
d/b/a SALLIE MAE, INC. and SLM
CORPORATION, d/b/a SALLIE MAE BANK,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiffs, Richard Worrell and Alice Worrell, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Scott P. Yount 601 Bayshore Boulevard, Suite 800, Tampa FL 33606-2760.

                                                                    /s/Frank H. Kerney, III, Esquire
                                                                    Frank H. Kerney, III, Esquire
                                                                    Florida Bar #: 88672
                                                                    Morgan & Morgan, Tampa, P.A.
                                                                    One Tampa City Center
                                                                    201 North Franklin Street, 7th Floor
                                                                    Tampa, FL 33602
                                                                    Telephone: (813) 223-5505
                                                                    Facsimile:  (813) 223-5402
                                                                    fkerney@forthepeople.com
                                                                    jkneeland@forthepeople.com
                                                                    mbradford@forthepeople.com
                                                                    Counsel for Plaintiff