UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD WORRELL and
ALICE WORRELL,

    Plaintiffs,

v.                                              CASE NO.:  8:16-cv-02790-MSS-TBM

NAVIENT SOLUTIONS, INC.,
d/b/a SALLIE MAE, INC., and SLM
CORPORATION, d/b/a SALLIE MAE BANK,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Richard Worrell and Alice Worrell, and Defendant Sallie Mae Bank, erroneously sued as "SLM CORPORATION d/b/a SALLIE MAE BANK", each appearing through their respective counsel of record, stipulate to the dismissal of this case in its entirety and with prejudice, with each party to bear its own costs and attorneys' fees.

_____
Frank H. Kerney, III, FBN 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Phone: 813-223-5505
Fax: 813-223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
Attorney for Plaintiffs

_____
Scott P. Yount, FBN: 0021352
Garrison, Yount, Forte & Mulcahy, L.L.C.
601 Bayshore Blvd., Suite 800
Tampa, Florida 33606-2760
Phone: 813-275-0404
Fax: 813-275-0304
Email: syount@garrisonyount.com
Attorney for SALLIE MAE BANK