## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**RICHARD WORRELL and ALICE WORRELL,**

    **Plaintiffs,**

**v.**                                                       Case No: 8:16-cv-2790-T-35TBM

**SLM CORPORATION,**

    **Defendant.**

_____

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation of Dismissal (Dkt. 42), and pursuant to Fed.R.Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party **shall** bear its own attorneys' fees and costs associated with this matter.

**DONE and ORDERED** in Tampa, Florida, this 2nd day of August, 2017.

                                         _____
                                         MARY S. SCRIVEN
                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party